1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  BRANDON LEE MADDOX, | No. 5:22-cv-01224-JWH-BFM |
| 11         Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| 12         v. | |
| 13  CHAD BIANCO et al., | |
| 14         Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
2  the records and files herein, and the Magistrate Judge's Report and
3  Recommendation.  No objections to the Report and Recommendation
4  were filed.  Accordingly, the Court hereby **ORDERS** as follows:
5    1.    The Report and Recommendation is **ACCEPTED**.
6    2.    Judgment shall be entered **DISMISSING** this action
7  **without prejudice** for failure to prosecute and failure to follow court
8  orders.
9    3.    The Court Clerk is **DIRECTED** to serve this Order and the
10 Judgment on all counsel or parties of record.
11    **IT IS SO ORDERED.**
12
13 DATED:  May 13, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2