JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE MADDOX,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CHAD BIANCO et al.,<br><br>　　　Defendants. | No. 5:22-cv-01224-JWH-BFM<br><br>JUDGMENT |

      Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The First Amended Complaint in this matter is **DENIED**.
2. The action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

DATED: May 13, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE